## Hereford *v.* The State.

APPEAL from the Circuit Court of Madison.
Tried before the Hon. O. KYLE.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted and tried for the murder
of Sydney Pruitt, was convicted of murder in the first
degree and sentenced to the penitentiary for life.

The bill of exceptions in this case was signed in
vacation and after the expiration of the time fixed by
the order of the court in term time. It has been a num-
ber of times held by this court in recent decisions that
in such a case the bill of exceptions forms no part of
the record, and can not, therefore, be looked to for any
purpose.

The judgment of conviction is affirmed.

Opinion by DOWDELL, J.